UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | 04CR 10358GAO |
| ) | CRIMINAL NO.: |
| v. ) | |
| ) | VIOLATION: |
| DAVID M. BEAULIEU, ) | Count 1: 18 U.S.C. §471 |
| Defendant. ) | (Manufacturing Counterfeit |
| ) | Obligations or Securities) |
| ) | Count 2: 18 U.S.C. §472 |
| ) | (Passing and Uttering Counterfeit |
| ) | Obligations or Securities) |
| ) | 18 U.S.C. §§492 and 982 |
| ) | (Forfeiture Allegation) |

## INDICTMENT

**COUNT ONE**: 18 U.S.C. §471 - Manufacturing Counterfeit Obligations or Securities
of the United States

The Grand Jury charges that:

On or about September 6, 2004, at Amesbury, Massachusetts, in the District of

Massachusetts,

**DAVID M. BEAULIEU,**

the defendant herein, did knowingly and with intent to defraud, manufacture counterfeit

obligations or securities of the United States, to wit, United States currency.

All in violation of Title 18, United States Code, Section 471.

**COUNT TWO**: 18 U.S.C. §472 - Passing and Uttering Counterfeit Obligations or Securities of the United States

The Grand Jury further charges that:

On or about September 6, 2004, at Amesbury, Massachusetts, in the District of Massachusetts,

### DAVID M. BEAULIEU,

the defendant herein, did knowingly, willfully, and with intent to defraud, pass and utter falsely made and counterfeited obligations of the United States, to wit, United States currency.

All in violation of Title 18, United States Code, Section 472.

## FORFEITURE ALLEGATION
(18 U.S.C. §§492 and 982 - Forfeiture)

The Grand Jury further charges that:

1. Upon conviction for the offense charged in Count One of the Indictment,

**DAVID M. BEAULIEU,**

defendant herein, shall forfeit to the United States any and all articles, devices, and other things made, possessed or used, or any material, or apparatus used or fitted or intended to be used, in the making of counterfeits, of any coins or obligations or other securities of the United States, including, but not limited to, the following:

    (a)   Hewlett Packard Scanjet, "All in One Copier," serial number Q3434A.

2. If any of the forfeitable property described in paragraph one (above), as a result of any act or omission of any defendant:

    (a)   Cannot be located upon the exercise of due diligence, OR

    (b)   Has been transferred or sold to or deposited with a third party, OR

    (c)   Has been placed beyond the jurisdiction of the Court, OR

    (d)   Has been substantially diminished in value, OR

    (e)   Has been co-mingled with other property which cannot be subdivided without difficulty, it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property described in subparagraphs (a) through (f) of paragraph one.

All in violation of Title 18, United States Code, Sections 492 and 982.

## NOTICE OF ADDITIONAL FACTORS

The Grand Jury further charges that:

1. The conduct charged in Count One, and relevant conduct, involved counterfeit items whose face value exceeded $5,000 but was less than $10,000, as described in U.S.S.G. §§2b5.1(b)(1)(B) and 2B1.1(b)(1)(B).

2. The conduct charged in Count One, and relevant conduct, involved the manufacturing and production of counterfeit obligations of the United States and the possession and custody and control over a counterfeiting device and materials used for counterfeiting, as described in U.S.S.G. §2B5.1(b)(2)(A).

A TRUE BILL:

_____
FOREMAN OF THE GRAND JURY


_____
PAUL R. MOORE
ASSISTANT U.S. ATTORNEY


DISTRICT OF MASSACHUSETTS ; December 8, 2004, at  1:15    .

Returned into the District Court by the Grand Jurors and filed.

_____
DEPUTY CLERK

JS 45 (5/97) - (Revised USAO MA 3/25/02)

**Criminal Case Cover Sheet**                                    **U.S. District Court - District of Massachusetts**

04 CR 10358 GAO

| | | |
|---|---|---|
| **Place of Offense:** | **Category No.** II | **Investigating Agency** US SECRET SERVICE |
| **City** Amesbury | **Related Case Information:** | |
| **County** Essex | Superseding Ind./ Inf. _____ | Case No. _____ |
| | Same Defendant ____ New Defendant x | |
| | Magistrate Judge Case Number _____ | |
| | Search Warrant Case Number _____ | |
| | R 20/R 40 from District of _____ | |

**Defendant Information:**

Defendant Name   DAVID M. BEAULIEU                 Juvenile   ☐ Yes   ☒ No

Alias Name   unknown

Address   250 Layfayette Road; Salisbury, MA

Birth date: 1971   SS#: 2121   Sex: M   Race: Caucasian   Nationality: US Citizen

Defense Counsel if known: _____   Address: _____

Bar Number: _____

**U.S. Attorney Information:**

AUSA   Paul R. Moore                 Bar Number if applicable   632312

Interpreter:   ☐ Yes   ☒ No   List language and/or dialect: _____

Matter to be SEALED:   ☐ Yes   ☒ No

☒ Warrant Requested   ☐ Regular Process   ☐ In Custody

**Location Status:**

Arrest Date: _____

☐ Already in Federal Custody as of _____ in _____.
☐ Already in State Custody _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by _____ on _____

Charging Document:   ☐ Complaint   ☐ Information   ☒ Indictment

Total # of Counts:   ☐ Petty ____   ☐ Misdemeanor ____   ☒ Felony   2

                    **Continue on Page 2 for Entry of U.S.C. Citations**

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: December 8, 2004           Signature of AUSA: _____

◥JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number (To be filled in by deputy clerk) 04 CR 10358 GAO

Name of Defendant     DAVID M. BEAULIEU

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. §471 | Manufacturing Counterfeit Securities of the US | 1 |
| Set 2 | 18 U.S.C. §472 | Uttering Counterfeit Securities of the U.S. | 2 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

District Court Case Number  (To be filled in by deputy clerk): 04cr10358GAO

**Name of Defendant**    DAVID M. BEAULIEU

js45 - Counterfeiting - Beaulieu.wpd - 3/13/02