UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal No.
04-10358-GAO

UNITED STATES OF AMERICA

v.

DAVID M. BEAULIEU

## FURTHER ORDER ON EXCLUDABLE TIME

March 23, 2005

DEIN, M.J.

An Initial Status Conference was held before this court on March 23, 2005. In accordance with the agreement of the parties, this court orders the following period of time excludable from the time period within which trial must commence:

March 9, 2005 through May 11, 2005,

that being the period from the expiration of the initial order on excludable time and the Final Status Conference.

Based upon the prior order of the court dated February 9, 2005, and this order, at the time of the Final Status Conference on May 11, 2005, there will be zero (0) days of non-excludable time under the Speedy Trial Act and seventy (70) days will remain under the Speedy Trial Act in which this case must be tried.

/ s / Judith Gail Dein
JUDITH GAIL DEIN
United States Magistrate Judge