UNITED STATES OF AMERICA
FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
                                   )     CRIMINAL NO. 04-10358-GAO
v.                              )
                                   )
DAVID BEAULIEU           )
_____)

## MOTION FOR ENLARGEMENT OF TIME

     The defendant, David Beaulieu, hereby moves this Honorable Court to enlarge the time for the filing of discovery and dispositive motions from the current deadline of May 3, 2005 to May 11, 2005.  The defendant states the following grounds in support of this motion:

     1.   Defense counsel needs additional time in which to evaluate and potentially prepare one motion that the defendant may want to file.

     2.   Pursuant to this Court's Order and Initial Status Report dated March 23, 2005, all time from March 9 through May 11 is excludable.  No party will suffer any prejudice from the allowance of this motion, which would give the defendant an additional eight days in which to file motions.

     3.   Defense counsel has requested and received from the government its assent to this motion.

WHEREFORE, the Defendant requests this Honorable Court to enlarge the time for filing motions from May 3, 2005 through May 11, 2005.

Respectfully submitted,

DAVID BEAULIEU
By his Attorney,


_/s Leslie Feldman-Rumpler__

Leslie Feldman-Rumpler, Esq.
BBO # 555792
101 Tremont Street, Suite 708
Boston, MA  02109
(617) 728-9944

## CERTIFICATE OF SERVICE

The undersigned, counsel for the defendant, hereby certifies that an electronic copy of the within document has been served on all parties of interest.

__5/3/05_                    _/s/Leslie Feldman-Rumpler_
Date                         Leslie Feldman-Rumpler, Esq.