UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal No.
04-10358-GAO

UNITED STATES OF AMERICA

v.

DAVID BEAULIEU

FINAL STATUS REPORT

June 15, 2005

SOROKIN, M.J.

    A Final Status Conference was held before this Court pursuant to the provisions of Local Rule 116.5. Based on that Conference the Court enters the following report and orders.

    1. Whether a trial will be necessary is uncertain at this time.

    2. There are no remaining discovery issues and there is no additional discovery to be provided.

    3. The defendant does not intend to file motions to sever, dismiss or suppress.

    4. The defendant was arraigned on February 9, 2005. All of the time from the arraignment through and including the Final Status Conference held on June 15, 2005 has been excluded by prior orders. Accordingly, seventy (70) days remain under the Speedy Trial Clock

    5. The Government estimates that trial would last one to two days.

    6. This case is hereby returned to the district judge to whom it is assigned for further proceedings.

    /s/ Leo T. Sorokin
    LEO T. SOROKIN
    United States Magistrate Judge