UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CRIMINAL ACTION |
| V. ) | NO.  04-10358 |
| ) | |
| DAVID BEAULIEU ) | |

MOTION TO WITHDRAW

Now comes counsel in the above-captioned case and requests to withdraw.

As reason therefore, the defendant's original counsel, Attorney Leslie Feldman-Rumpler will continue with the representation.

For the defendant,

**/S/ EDWARD L. HAYDEN**_____
**EDWARD L. HAYDEN**
7 FRANKLIN STREET
LYNN MA 01902
(781) 599-1190
BBO #226430