UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CRIM. NO. 04-10358-GAO |
| v. ) | |
| ) | |
| DAVID BEAULIEU ) | |
| ) | |

ASSENTED MOTION TO CONTINUE SENTENCING

The defendant, David Beaulieu, with the assent of the government, hereby moves this Honorable Court to continue the sentencing hearing presently scheduled for December 19, 2006, to February 14, 2007, or a date thereafter at the convenience of the Court. The defendant states the following grounds for this motion:

1. The undersigned counsel for the defendant is currently on maternity leave and will be returning to work later than anticipated.

2. The date for the hearing was set with the understanding that there was a possibility it would be continued for the reason stated in paragraph one.

WHEREFORE, the defendant, with the assent of the government, hereby respectfully moves this Honorable Court to continue the sentencing hearing to February 14, 2007, or a date thereafter at the convenience of the Court.

                                    Respectfully submitted,

                                    DAVID BEAULIEU
                                    By his Attorney,

                                    /s/ Leslie Feldman-Rumpler
                                    Leslie Feldman-Rumpler
                                    Attorney at Law
                                    BBO # 555792
                                    101 Tremont Street, Ste. 708
                                    Boston, MA  02108
                                    (617) 728-9944

Assented:

MICHAEL J. SULLIVAN
United States Attorney

/s/ Paul Moore
AUSA Paul Moore
Office of the United States Attorney
One Courthouse Way, 9th Floor
Boston, MA  02210
(617) 748-3100